UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARK LONG, et al.,

    Plaintiffs,

v.                                          CASE NO: 8:08-cv-1580-T-23MAP

ASSOCIATED CREDIT AND COLLECTION
BUREAU, INC., et al.,

    Defendants,
_____/

## **ORDER**

Pursuant to 28 U.S.C. § 636 and Local Rule 6.01(b), the court referred (Doc. 40) the plaintiffs' motion (Doc. 38) for attorneys' fees and costs to the United States Magistrate Judge for a report and recommendation. Following the Magistrate Judge's July 14, 2009, report and recommendation (Doc. 41), no party objects to the report and the time for filing objections has expired.

Accordingly, the Magistrate Judge's report and recommendation (Doc. 41) is **ADOPTED**, and the plaintiffs' motion (Doc. 38) is **GRANTED**. The plaintiff is awarded $5,719.00 in attorneys' fees and $220.00 in costs. The Clerk is directed to enter judgment against the defendant Equilease Residential Services, LLC, and in favor of the plaintiffs for $5,939.00.

ORDERED in Tampa, Florida, on August 3, 2009.

                                                STEVEN D. MERRYDAY
                                      UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge